ORIGINAL

1
Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2
2107 N. 1st Street, #300
San Jose, CA 9513180
3
Telephone: (408) 437-1788
4
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com
5

6
Attorney for Plaintiff
Ying He
7

8
# UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
### COMPLAINT
10

11
**Ying He**                                    ) Case No.
12                                               )
         Plaintiff,                             )
13                                              )   C07  02765  HRL
    v.                                          )
14                                              )
15 **Alberto Gonzales**, United States Attorney )   **PLAINTIFF'S ORIGINAL COMPLAINT**
General, U.S. Department of Justice;            )   **FOR WRIT IN THE NATURE OF**
16 **Michael Chertoff**, Secretary of the       )   **MANDAMUS & DECLARATORY**
Department of Homeland Security;                )   **JUDGMENT UNDER 28 U.S.C. § 1361**
17 **Emilio T. Gonzalez**, Director of United States )
Citizenship and Immigration Services;          )
18 **Christina Poulos**, Director of the California )   **Immigration Case**
Service Center, United States Citizenship and  )
19 Immigration Services;                        )
**Robert S. Mueller III**, Director of the Federal )
20 Bureau of Investigation                      )
21                                               )
22        Defendants                             )
                                                )
23

24        Plaintiff, Ying He, by and through her attorney of record, opens this lawsuit against the

25 Defendants and will show this Court the following:

26 1.       Plaintiff, Ying He, brings this action against the Defendants to compel action on the

27 delayed processing of her I-485, *Application to Register Permanent Residence or Adjust Status*.

28 This application remains within the jurisdiction of the Defendants who have improperly delayed

Case No.                              1
Complaint

1  and withheld action on this application to Plaintiff's detriment.

2  **PARTIES**

3  2.      Plaintiff, Ying He, is the primary applicant of an I-485, *Application to Register*

4  *Permanent Residence or Adjust Status* ("I-485"), filed with United States Citizenship and

5  Immigration Services ("USCIS").

6  3.      Defendant, Alberto Gonzales, is the Attorney General of the United States, and this

7  action is brought against him in his official capacity.  He is authorized to adjust to permanent

8  resident status certain aliens who have been admitted to the United States, and is further

9  authorized to delegate such powers to other government officials.

10  4.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security

11  ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is

12  generally charged with enforcement of the Immigration and Nationality Act and its related

13  regulations, which provide for the processing of adjustment of status applications.

14  5.      Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought

15  against him in his official capacity.  USCIS is an agency within the DHS to which DHS'

16  authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall

17  administration of immigration benefits and services, including adjustment of status.

18  6.      Defendant, Christina Poulos, is the Director of the California Service Center ("CSC"),

19  and this action is brought against her in her official capacity.  Defendant Poulos has supervisory

20  authority over all USCIS operations within the CSC, which includes Plaintiff's pending I-485

21  application.

22  7.      Defendant, Robert S. Mueller, III, is Director of the Federal Bureau of Investigation

23  ("FBI"), and this action is brought against him in his official capacity.  Defendant Mueller has

24  yet to complete the security clearance ("Name Check") on Plaintiff's I-485 case.

25  **JURISDICTION**

26  8.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*

27  *seq.* and 701, *et seq*., and 28 U.S.C. § 2201 *et seq*.  Relief is requested pursuant to said statutes.

28  Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,

1    28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

2                                **VENUE**

3    9.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff

4    may request a hearing on the matter in the district where Plaintiff resides.

5                      **INTRADISTRICT ASSIGNMENT**

6    10.     This lawsuit should be assigned to the San Jose Division of this court because a

7    substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara

8    County.

9                        **EXHAUSTION OF REMEDIES**

10   11.     Plaintiff has exhausted her administrative remedies. Plaintiff has supplied the USCIS and

11   the FBI with documents that clearly establish her eligibility to register as a permanent resident,

12   and as will be demonstrated by the evidence, has followed up with numerous inquiries and

13   requests to the pertinent administrative agencies attempting to expedite her delayed application.

14                           **CAUSE OF ACTION**

15   12.     Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust*

16   *Status* with the USCIS on May 9, 2005 (**EXHIBIT 1**).

17   13.     On October 6, 2005 Plaintiff submitted her fingerprints at the USCIS San Jose

18   Application Support Center (**EXHIBIT 2**).

19   14.     On April 18, 2006, Jenny Latman, Supervising Paralegal at Fragomen, Del Rey, Bernsen

20   & Loewy, LLP, emailed Plaintiff regarding her I-485 application, and forwarded her an email

21   from the USCIS, which stated that further processing of her I-485 application would be

22   suspended because the FBI Name Check was in process (**EXHIBIT 3**).

23   15,     On September 20, 2006, Attorney Latman, emailed Plaintiff again regarding her I-485

24   application, and forwarded her a USCIS email which stated that further processing of her I-485

25   application would be suspended because the FBI Name Check was not yet cleared (**EXHIBIT**

26   **4**).

27   16.     Plaintiff sent an email to the FBI regarding her stalled I-485 application on September 25,

28   2006.  Plaintiff did not receive a response (**EXHIBIT 5**).

Case No.                              3
Complaint

17.     Plaintiff contacted U.S. Senator Barbara Boxer, requesting assistance with her stalled I-485 application. In a response letter dated January 23, 2007, Senator Barbara Boxer's office explained that the FBI Name Check was still pending on Plaintiff's case **(EXHIBIT 6).**

18.     On December 13, 2006, Plaintiff wrote to the First Lady, Ms. Laura Bush, requesting assistance with her delayed I-485 application. In a response letter dated February 28, 2007, Michael A. Cannon, Section Chief of the National Name Check Program explained that Plaintiff's Name Check was still in process and that the FBI received the Name Check request from the USCIS on May 26, 2005 **(EXHIBIT 7).**

19.     On February 20, 2007, Plaintiff contacted USCIS regarding her stalled I-485 application. On February 21, 2007, Plaintiff was told that her I-485 application was delayed because her FBI Name Check had not yet been cleared **(EXHIBIT 8).**

20.     On March 20, 2007, Plaintiff submitted her fingerprints again at the USCIS San Jose Application Support Center **(EXHIBIT 9).**

21.     Plaintiff made an Infopass appointment at USCIS San Jose sub-office for April 20, 2007, to inquire into the status of her case.  Plaintiff was told that her I-485 application was still pending due to the FBI Name Check **(EXHIBIT 10).**

22.     It has been over 2 years since Plaintiff first filed her I-485 with USCIS on May 9, 2005.

23.     Although the role of Defendants is pivotal to the security of the United States of America, the Defendants' actions have gone well beyond the expected 8 months processing time for the adjudication of an I-485 Application (See California Service Center processing dates for I-485 cases posted April 18, 2007 at **EXHIBIT 11**).

24.     Defendants have failed to adhere to their own processing times and procedures.

25.     Defendants have sufficient information to complete adjudication of Plaintiff's I-485 application.

26.     Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law.  Specifically:

           (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel or work without restriction.  She must spend additional time and pay

Case No.                                    4
Complaint

1    additional filing fees each year in order to work and travel legally.

2      (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

3       the United States, thus delaying her obtainment of the rights and privileges

4       enjoyed by citizens of the United States.

5    27. Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

6    unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

7    on Plaintiff's case.

8    28. Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

9    unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

10   functions delegated to them by law within a reasonable time.

11   **PRAYER**

12   29. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

13   respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

14   the Court enter an order:

15     (a) requiring USCIS to immediately submit an Expedite Request to the FBI for expedited

16      processing of Plaintiff's FBI Name Check;

17     (b) requiring the FBI to complete Plaintiff's Name Check within 30 days of receiving the

18      Court's order;

19     (c) requiring USCIS to complete adjudication of Plaintiff's I-485 within 60 days of

20      receiving the Court's order;

21     (d) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

22     (e) granting such other relief at law and in equity as justice may require.

23

24   ///

25   ///

26   ///

27   ///

28   ///

Case No.       5
Complaint

1   Dated: May 25, 2007                                     Respectfully Submitted,

2

3

4                                                          Justin Fok, CSBN: 242272
                                                           Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT LIST**

Exhibit 1:      Plaintiff's I-485 receipt dated May 9, 2005

Exhibit 2:      Fingerprint Appointment Notice and Biometric Processing Stamp dated
                October 6, 2005

Exhibit 3:      Jenny Latman's email to Plaintiff dated April 18, 2006

Exhibit 4:      Jenny Latman's email to Plaintiff dated September 20, 2006

Exhibit 5:      Plaintiff's email inquiry to the FBI dated September 25, 2006

Exhibit 6:      U.S. Senator Barbara Boxer's response dated January 23, 2007

Exhibit 7:      The FBI's response on behalf of Laura Bush dated February 28, 2007

Exhibit 8:      Plaintiff's inquiry with San Jose Sub-office February 20, 2007

Exhibit 9:      Fingerprint Appointment Notice and Biometric Processing Stamp dated
                March 20, 2007

Exhibit 10:     Plaintiff's infopass appointment dated April 20, 2007

Exhibit 11:     USCIS California Service Center Service Center Processing Date Posted April 18,
                2007

Case No.                          7
Complaint

**Exhibit 1**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-155-55979 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>May 9, 2005 | PRIORITY DATE | APPLICANT  A98 464 595<br><br>HE, YING |
| NOTICE DATE<br>May 13, 2005 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JIN PARK<br>FRAGOMEN DEL REY BERNSEN & LOEWY L<br>RE: YING HE<br>2804 MISSION COLLEGE BLVD 2 FL<br>SANTA CLARA CA 95054 | Notice Type:  Receipt Notice<br><br>Amount received: $ 385.00<br><br>Section: Other basis for adjustment |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**Exhibit 2**

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 09/15/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | A098464595 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0515555979 | 3 | WSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

YING HE

CAMPBELL, CA 95008

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/06/2005 |
| 122 CHARCOT AVE. | 11:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN JOSE

122 CHARCOT AVE.

SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

| APPLICATION NUMBER | |
|---|---|
| WAC0515555979 | |

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**Exhibit 3**

**He, Ying (TSG-IUM-development)**

| | |
|---|---|
| **From:** | ██████@fdbl.com |
| **Sent:** | Tuesday, April 18, 2006 9:20 AM |
| **To:** | He, Ying (TSG-IUM-development) |
| **Subject:** | Response from CSC regarding I-485 applications |

Hi Ying:

We received a response from CSC regarding your I-485 applications.  Please see response below:

**************************************************************************************
*****************
Unfortunately, the principal's security checks have not yet cleared by the FBI as of this date. We regret to inform you that until the result is received the USCIS must suspend further processing on the case.  Please also note that the derivative's I-485 will not be adjudicated until the principal's I-485 is adjudicated.
Thank you.

California Service Center
**************************************************************************************
*****************

We will keep monitoring your case and let you know as soon as we receive any new information.

Thank you,


JENNY LATMAN
Supervising Paralegal
Fragomen, Del Rey, Bernsen & Loewy, LLP
12121 Wilshire Blvd., Suite 1001
Los Angeles, CA 90025
(310) 820-3322
Fax: (310) 820-2702
jlatman@fragomen.com

Confidentiality Note:  This and any accompanying pages contain information from the law firm Fragomen, Del Rey, Bernsen & Loewy, LLP  which is confidential or privileged.  The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this e-mail in error, please notify our offices by telephone at 408-919-0600 immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**Exhibit 4**

**He, Ying (TSG-IUM-development)**

| | |
|---|---|
| **From:** | dbl.com |
| **Sent:** | Wednesday, September 20, 2006 11:01 AM |
| **To:** | He, Ying (TSG-IUM-development) |
| **Subject:** | Response from CSC regarding I-485 applications |

Hi Ying:

We received a response from CSC regarding your I-485 applications.  It is basically telling us the same information.  Please see response below:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Unfortunately, the principal applicant's background security/name check has not yet cleared by the FBI as of this date.  We regret to inform you that until the result is received the USCIS must suspend further processing on these cases.  Thank you for your continued patience with this process.

California Service Center
Congressional & Customer Service Relations Division XII
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I will schedule for another inquiry after 60 days and let you know as soon as we receive any new information.

Thank you,
JENNY LATMAN
Supervising Paralegal
Fragomen, Del Rey, Bernsen & Loewy, LLP
12121 Wilshire Blvd., Suite 1001
Los Angeles, CA 90025
(310) 820-3322
Fax: (310) 820-2702
jlatman@fragomen.com


Confidentiality Note:  This and any accompanying pages contain information from the law firm Fragomen, Del Rey, Bernsen & Loewy, LLP  which is confidential or privileged.  The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this e-mail in error, please notify our offices by telephone at 408-919-0600 immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**Exhibit 5**

## He, Ying (TSG-IUM-development)

**From:** He, Ying (TSG-IUM-development)
**Sent:** Monday, September 25, 2006 2:10 PM
**To:** ████ @ic.fbi.gov
**Subject:** name check status

Dear FBI officer,

My name check has been pending with FBI since May 2005. USCIS has informed me through my attorney that my I485 application can not be approved until the name check is cleared. Could you please let me know the status of my name check? Living and working in this country without green cards has put lots of pressure on us. Is it possible for you to expedite the process? That would be very helpful for us.

Following is mine and my husband's information

Name: Ying He
Address: ████████████ Campbell, CA 95008
Birthday: ████
Alien#: A98464595
Email: ████████████

My husband's information:

Name: Wei Lin
Address: ████████████ Campbell, CA 95008
Birthday: ████
Alien#: A98464596

Thanks much in advance.

Regards
Ying He
**Software Engineer**
**Internet Usage Management ProgramHewlett-Packard**
**Tel: 408-████████**

**Exhibit 6**

BARBARA BOXER
CALIFORNIA

Case 5:07-cv-02765-HRL    Document 1    Filed 05/25/2007    Page 19 of 33

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

January 23, 2007

Ms. Ying He

Campbell, California 95008

Dear Ms. He:

Enclosed, please find the correspondence Constituent Representative Lucia Macias received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance. Thank you for allowing me to address your concerns.

Sincerely,

Barbara Boxer
United States Senator

BB: lcm

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

**Macias, Lucia (Boxer)**

**From:**

**Sent:**    Tuesday, January 23, 2007 3:27 AM

**To:**    Macias, Lucia (Boxer)

**Subject:** YING HE

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning YING HE revealed that a request was received from the United States Citizenship and Immigration Services on 05/26/2005, and is currently in a pending status.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.


Sincerely,


Michael A. Cannon.
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation


1/23/2007

**Exhibit 7**



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 28, 2007

WH 577050

Ms. Ying He



Campbell, CA  95008

Dear Ms. He:

      Your letter dated December 13, 2006, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

      A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on May 26, 2005, and is currently in process.

      The FBI processes millions of name check requests each year with each requiring thoughtful consideration.  We know how important your name check request is to you.  However, the FBI must also balance the need for national security in preparing the response to each of these requests.  The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result.  While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

      I trust this information will be of assistance.

Sincerely,

Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

**Exhibit 8**

U.S. Department of Homeland Security
USCIS
1887 Monterey Road
San Jose,CA 95112



**U.S. Citizenship
and Immigration
Services**

Wednesday, February 21, 2007

YING HE



CAMPBELL CA 95008

Dear YING HE:

On 02/20/2007 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 05/12/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | HE, YING |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Please provide alien number.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 02-21-2007 04:45 PM EST

**Exhibit 9**



THE UNITED STATES OF AMERICA

| # ASC Appointment Notice | | APPLICATION NUMBER<br>WAC0515555979 | | NOTICE DATE<br>2/21/2007 |
|---|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A098464595 | CODE<br>1 |
| | | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

YING HE

CAMPBELL, CA 95008



BIOMETRICS PROCESSING ST...

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

ON
TENPRINTS QA REVIEW BY:
ON        MAR 2 0 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>**DATE AND TIME OF APPOINTMENT**<br>03/20/2007<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

---

APPLICATION NUMBER 1

I485        -  WAC0515555979



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

**Exhibit 10**



**Name:** **Ying He**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-07-10270

**Authentication Code:** 175cc

**Appointment Date:** **April 20, 2007**

**Appointment Time:** **10:15 AM**

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

### This is your Confirmation Number:



*SNJ-07-10270*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 99398

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.

**Exhibit 11**



Home   Contact Us   Site Map   FAQ

Search   

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

---

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## California Service Center Service Center Processing Dates
## Posted April 18, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted April 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | June 22, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | January 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | March 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | January 03, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | January 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | February 13, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | October 14, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | October 13, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |

| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
|---|---|---|---|
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | January 13, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | October 14, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | February 10, 2005 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | October 14, 2006 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | October 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | January 13, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | October 09, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | October 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | March 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | January 27, 2007 |
| I-765 | Application for Employment | Based on TPS for El Salvador [(c)(19)(a) | January 27, 2007 |

| | | Authorization | (12)] | |
|---|---|---|---|---|
| I-765 | Application for Employment Authorization | | All other applications for employment authorization | January 27, 2007 |
| I-817 | Application for Family Unity Benefits | | Voluntary departure under the family unity program | October 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | | To request further action on an approved application or petition | October 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | | Removal of lawful permanent resident conditions (immigrant investors) | October 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

[ Print This Page ]    [ Back ]

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security