# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Ying He

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Christina Poulos, Director of California Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 02765 HRL

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 5-25-07

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Ying He

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Christina Poulos, Director of California Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 02765 HRL

TO: (Name and address of defendant)

Christina Poulos
Director
California Service Center
US Citizenship and Immigration Services
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Sandy Morris

DATE 5-25-07

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Ying He

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Christina Poulos, Director of California Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 02765 HRL

ADR E-FILING

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-25-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Ying He

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 02765 HRL**

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Christina Poulos, Director of California Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-25-07

(BY) DEPUTY CLERK

Sandy Morris

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Ying He

v.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Christina Poulos, Director of California Service Center, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 02765 HRL

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Sandy Morris

DATE 5-25-07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  6/1/2007 |
| Name of SERVER  Ariel Lin | TITLE  Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Certified mail with return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | U.S.P.S. | $49.23 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/1/2007
                        Date

Signature of Server   Law Offices of Jean D. Chen
                     2107 N. First Street, Suite 300
                     San Jose, CA 95131
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Receipt 1** (7007 0710 0004 4404 6826)
- Postage: $2.33
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.13
- Date: 06/01/2007
- Postmark: SAN JOSE CA M.O.W. 95101 #27, JUN 1 2007
- Sent To: Alberto R. Gonzales
- Street: 950 Pennsylvania Ave, NW
- City: Washington, DC 20530

**Receipt 2** (7007 0710 0004 4404 6833)
- Postage: $2.33
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.13
- Date: 06/01/2007
- Sent To: Office of the General Counsel
- Street: US Dept of Homeland Security
- City: Washington, DC 20528

**Receipt 3** (7007 0710 0004 4404 6857)
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 06/01/2007
- Sent To: Michael Chertoff
- Street: US Dept. of Homeland Security
- City: Washington, DC 20528

**Receipt 4** (7007 0710 0004 4404 6864)
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 06/01/2007
- Sent To: Christina Poulos, CSC
- Street: P.O. Box 30111
- City: Laguna Niguel, CA 92607

**Receipt 5** (7007 0710 0004 4404 6888)
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 06/01/2007
- Sent To: Emilio T. Gonzalez
- Street: 425 I Street, NW
- City: Washington, DC 20536

**Receipt 6** (7007 0710 0004 4404 6871)
- Postage: $2.16
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.96
- Date: 06/01/2007
- Sent To: Robert S. Mueller, III
- Street: 935 Pennsylvania Ave, NW
- City: Washington, DC 20536

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN JOSE CA 95113

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.33 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.13 |

Postmark: JUN 2007, SAN JOSE CA 95101, 06/01/2007

Sent To: US Attorney, US Attorney's Office
Street, Apt. No.; or PO Box No.: 150 Almaden Blvd., #900
City, State, ZIP+4: San Jose, CA 95113

PS Form 3800, August 2006     See Reverse for Instructions

7007 0710 0004 4404 6840

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On June 1, 2007 I served:

    1) Summons in a Civil Action;
    2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;
    3) Order setting initial case management conference and ADR deadlines;
    4) Standing order re: initial case management and discovery disputes;
    5) Standing order regarding case management in civil cases;
    6) Consent of joint case management statement
    7) Notice of Assignment of Case to a United States Magistrate Judge

on the persons or entities named below, for the case He v. Gonzales (**C07-02765 HRL**), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Christina Poulos
Director
California Service Center
US Citizenship and Immigration Services
P.O. Box 30111
Laguna Niguel, CA 92607-0111

Robert S. Mueller, III

```
 1    Director of FBI
      Federal Bureau of Investigation
 2    J. Edgar Hoover Building
      935 Pennsylvania Avenue, NW
 3    Washington, DC 20536-0001
 4
      U.S. Attorney
 5    United States Attorney's Office
      150 Almaden Blvd., Suite 900
 6    San Jose, CA 95113
 7
      Office of the General Counsel
 8    U.S. Department of Homeland Security
      Washington, DC 20528
 9
10
11
      Date of mailing: June 1, 2007  Place of mailing: San Jose, California.
12
      I declare under penalty of perjury under the laws of the United States of America that the
13
      forgoing is true and correct.
14
15
16
      Executed this June 1, 2007 at San Jose, California
17
                                                            _____
18
19                                                                  Ariel Lin
20
21
22
23
24
25
26
27
28
```

Proof of Service: C07-02765 HRL            2
He, et al., v. Gonzales, et al.