1 | SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | YING HE,                             )
                                          ) No. C 07-2765 HRL
13 |            Plaintiff,                )
                                          )
14 |       v.                             )
                                          )
15 | ALBERTO GONZALES, United States      ) **ANSWER**
    Attorney General, U.S. Department of Justice; )
16 | MICHAEL CHERTOFF, Secretary of the   )
    Department of Homeland Security;      )
17 | EMILIO T. GONZALEZ, Director of United )
    States Citizenship and Immigration Services; )
18 | CHRISTINA POULOS, Director of the    )
    California Service Center, United States )
19 | Citizenship and Immigration Services; )
    ROBERT S. MUELLER, III, Director      )
20 | of the Federal Bureau of Investigation, )
                                          )
21 |            Defendants.                )

22 |

23 | The Defendants hereby submit their answer to Plaintiff's Original Complaint for Writ in the

24 | Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

25 | 1. Defendants admit the allegations in Paragraph One; however, Defendants deny that the

26 | delay is improper.

27 | **PARTIES**

28 | 2. Defendants admit the allegations in Paragraph Two.

ANSWER
C 07-2765 HRL

1  3. Defendants admit the allegations in Paragraph Three.

2  4. Defendants admit the allegations in Paragraph Four.

3  5. Defendants admit the allegations in Paragraph Five.

4  6. Defendants admit the allegations in Paragraph Six with the exception that the application is pending at the Nebraska Service Center under authority of Director F. Gerard Heinauer, not at the California Service Center.

7. Defendants admit the allegations in Paragraph Seven.

**JURISDICTION**

8. Paragraph Eight consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

**VENUE**

9. Defendants admit the allegations in Paragraph Nine.

**INTRADISTRICT ASSIGNMENT**

10. Defendants admit the allegations in Paragraph Ten.

**EXHAUSTION OF REMEDIES**

11. Defendants deny the allegations in Paragraph Eleven.

**CAUSE OF ACTION**

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants are without sufficient information to admit or deny the allegations in

ANSWER
C 07-2765 HRL

1  Paragraph Seventeen.

2      18. Defendants are without sufficient information to admit or deny the allegations in
3  Paragraph Eighteen.

4      19. Defendants are without sufficient information to admit or deny the allegations in
5  Paragraph  Nineteen.

6      20. Defendants admit the allegations in Paragraph Twenty.

7      21. Defendants are without sufficient information to admit or deny the allegations in
8  Paragraph Twenty-One.

9      22. Defendants admit the allegations in Paragraph Twenty-Two.

10     23. Defendants deny the allegations in Paragraph Twenty-Three.

11     24. Defendants deny the allegations in Paragraph Twenty-Four.

12     25. Defendants deny the allegations in Paragraph Twenty-Five.

13     26. Defendants admit the allegations in Paragraph Twenty-Six; however, Defendants deny that
14  Plaintiff is "greatly damaged."

15     27. Defendants deny the allegations in Paragraph Twenty-Seven.

16     28. Defendants deny the allegations in Paragraph Twenty-Eight.

17                                    **PRAYER**

18     29. Paragraph Twenty-Nine consists of Plaintiff's prayer for relief, to which no admission or
19  denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny
20  this paragraph.

21                          **FIRST AFFIRMATIVE DEFENSE**

22     Plaintiff's complaint fails to state a claim upon which relief may be granted.

23                         **SECOND AFFIRMATIVE DEFENSE**

24     The court should dismiss the Complaint for Writ of Mandamus for lack for subject matter
25  jurisdiction.

26     WHEREFORE, Defendants pray for relief as follows:

27     That judgment be entered for Defendants  and against Plaintiff, dismissing Plaintiff's
28  Complaint for Writ of Mandamus with prejudice; that plaintiff takes nothing; and that the Court

ANSWER
C 07-2765 HRL

1 | grant such further relief as it deems just and proper under the circumstances.

2 | Dated: July 30, 2007                    Respectfully submitted,

3 |                                          SCOTT N. SCHOOLS
                                            United States Attorney

5 |                                              /s/
                                            EDWARD A. OLSEN
6 |                                          Assistant United States Attorney
                                            Attorneys for Defendants

ANSWER
C 07-2765 HRL