Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Ying He

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Ying He,**<br><br>                Plaintiff,<br><br>        v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos**, Director of California Service Center, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III,** Director of the Federal Bureau of Investigation;<br><br><br>                Defendants. | Case No. C 07-2765 HRL<br><br>**PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

        Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: August 7, 2007                    _____/s/_____
                                         Justin G. Fok
                                         Attorney for Plaintiff

Dated: August 6, 2007                    _____/s/_____
                                         Edward A. Olsen
                                         Assistant United States Attorney
                                         Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                    _____
                                         Howard R. Lloyd
                                         United States Magistrate Judge

Parties' Joint Request for Exemption          2
C 07-2765 HRL