1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 YING HE,                                  )
                                             ) No. C 07-2765 HRL
13              Plaintiff,                   )
                                             )
14      v.                                   )
                                             )
15 ALBERTO GONZALES, United States           ) **CONSENT TO PROCEED BEFORE A**
   Attorney General, U.S. Department of Justice; ) **UNITED STATES MAGISTRATE JUDGE**
16 MICHAEL CHERTOFF, Secretary of the        )
   Department of Homeland Security;          )
17 EMILIO T. GONZALEZ, Director of United    )
   States Citizenship and Immigration Services; )
18 CHRISTINA POULOS, Director of the         )
   California Service Center, United States  )
19 Citizenship and Immigration Services;     )
   ROBERT S. MUELLER, III, Director          )
20 of the Federal Bureau of Investigation,   )
                                             )
21              Defendants.                  )
                                             )
22

23     In accordance with the provisions of 28 U.S.C. § 636(c), the defendants hereby voluntarily

24 consent to have a United States Magistrate Judge conduct any and all further proceedings in the

25 case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be

26 taken directly to the United States Court of Appeals for the Ninth Circuit.

27 ///

28

Consent to Magistrate Jurisdiction
C 07-2765 HRL

1  Dated: August 14, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Consent to Magistrate Jurisdiction
C 07-2765 HRL