Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Ying He

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **Ying He,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Alberto Gonzales,** United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos,** Director of the California Service Center, United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller, III**, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | Case No. C 07-2765 HRL<br><br>**JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

Case No. C 07-2765 HRL                   1
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

2. **Facts**

Plaintiff is a native of China who applied to adjust her status to lawful permanent residence with the United States Citizenship and Immigration Services (USCIS) on May 9, 2005.  The USCIS has yet to adjudicate Plaintiff's I-485 application.  The plaintiff filed an action on May 25, 2007, seeking an order from this Court directing USCIS to adjudicate her I-485 application.

3. **Legal Issues**

1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack of subject matter jurisdiction.

2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

4. **Motions**

No motions have been filed.  The parties intend to file cross-motions for summary judgment.

5. **Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

6. **Evidence Preservation**

The parties do not have any evidence that falls within this category.

7. **Disclosures**

The parties believe that review will be confined to the administrative record and thus the disclosure requirements of Fed. R. Civ. P. 26 do not apply.

8. **Discovery**

The parties do not intend to take any discovery in this case.

9. **Class Actions**

N/A

10. **Related Cases**

The parties are not aware of any related case or cases.

11. **Relief**

The plaintiff asks this Court to direct the USCIS to adjudicate her I-485 application within 60 days of receiving the Court's order.

12. **Settlements and ADR**

1  On August 8, 2007, the Court granted the parties' request to be excused from the formal ADR
2  process for this case.
3  **13. Consent to Magistrate Judge for All Purposes**
4  The parties have consented to proceed before a Magistrate Judge.
5  **14. Other References**
6  The parties do not believe that this case is suitable for reference to binding arbitration, a special
7  master, or the Judicial Panel on Multidistrict Litigation.
8  **15. Narrowing of Issues**
9  The parties do not believe that the issues can be narrowed by agreement or by motion, and do not
10  have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate
11  issues, claims or defenses.
12  **16. Expedited Schedule**
13  The parties believe this case can be resolved on cross motions for summary judgment.
14  **17. Scheduling**
15  The parties will notice and move for summary judgment with the following proposed due dates:
16      Parties' cross-motions for summary judgment:    October 2, 2007
17      Parties' opposition motions:    October 16, 2007
18      Summary Judgment Hearing:    October 30, 2007
19  **18. Trial**
20  The parties do not anticipate the need for a trial in this case.
21  **19. Disclosure of Non-Party Interested Entities or Persons**
22  The plaintiff filed the "Certification of Interested Entities or Persons" required by Civil Local
23  Rule 3-16 on May 25, 2007.
24  **20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this**
25  **matter**
26  None.
27  ///
28  ///

Case No. C 07-2765 HRL    3
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1
2
3   Dated:  August 21, 2007                          _____/s/_____
4                                                   Justin G. Fok
                                                    Law Offices of Jean D. Chen
5                                                   Attorney for Plaintiff
6
7
8   Dated:  August 21, 2007                          _____/s/_____
                                                    Edward A. Olsen
9                                                   Assistant United States Attorney
                                                    Attorney for Defendants
10
11
12
13
14
15
16                                      **ORDER**
17
18      The Case Management Statement and Proposed Order are hereby adopted as the Case
19  Management Order for the case and the parties are hereby ordered to comply with this order.
20
21
22  Dated: _____                   _____
                                                    Howard R. Lloyd
23                                                  United States Magistrate Judge
24
25
26
27
28

Case No. C 07-2765 HRL                    4
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER