*E-filed on 8/27/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YING HE,<br><br>    Plaintiff,<br>v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; CHRISTINA POULOS, Director of the California Service Center, United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>    Defendants.<br>_____ / | No. C07-02765 HRL<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) SETTING CASE MANAGEMENT SCHEDULE** |

    Based on the parties' Joint Case Management Statement, the court orders as follows:

    The case management conference, set for August 28, 2007 at 1:30 p.m. in Courtroom 2, **is VACATED.**

    The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. This court previously granted the parties' stipulated request to be excused from participating in formal ADR. They advise that no formal discovery is necessary. Moreover, they agree that this case can be resolved on summary judgment.

1  Accordingly, IT IS ORDERED THAT:

2  •  Any motions for summary judgment shall be filed by **October 2, 2007**;

3  •  Opposition paper(s) shall be filed by **October 16, 2007**;

4  •  Repl(ies), if any, shall be filed by **October 23, 2007**; and

5  •  Summary judgment motions will be heard on **November 6, 2007 at 10:00 a.m.
6  in Courtroom 2**.

8  Dated: 8/27/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**07-cv-2765 Notice has been electronically mailed to:**

Justin Fok   jfok@jclawoffice.com

Edward A. Olsen   edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

Dated: 8/27/07

　　　　　　　　　　　　　　　　　　　　/s/  KRO
　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd