Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Ying He

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Ying He**<br><br>            Plaintiffs,<br><br>     v.<br><br>**Alberto Gonzales**[*], United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Christina Poulos**, Director of the California Service Center, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>            Defendants. | Case No. C 07-02765 HRL<br><br>**[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT** |

---

[*] Alberto Gonzales resigned from his post as Attorney General on September 17, 2007.  Peter D. Keisler is currently the Acting United States Attorney General.

[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT
Case No. C 07-02765 HRL

1

The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate Plaintiff's I-485 within a reasonable time under both the Mandamus and Administrative Procedures Acts. This Court further finds that two years is an unreasonable length of time as a matter of law for the adjudication of an I-485, *Application to Register Permanent Residence or Adjust Status*.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's Motion for Summary Judgment is GRANTED.
2. Defendants' Motion for Summary Judgment is DENIED.
3. Defendants shall complete adjudication of Plaintiff's I-485 Applications within 60 days of this order.
4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure compliance with this order.

This case is CLOSED. IT IS SO ORDERED

Dated:

_____
Patricia V. Trumbull
United States Magistrate Judge

[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT
Case No. C 07-02765 HRL

2