1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Ying He
7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | **Ying He,**                                              ) Case No.  07-2765 HRL
                                                              )
13 |           Plaintiff,                                     )
                                                              )
14 |       v.                                                 )
                                                              )  **NOTICE OF CHANGE OF ADDRESS**
15 | **Alberto Gonzales**, United States Attorney             )
   General, U.S. Department of Justice;                       )
16 | **Michael Chertoff**, Secretary of the                   )
17 | Department of Homeland Security;                         )
   **Emilio T. Gonzalez**, Director of United States          )
18 | Citizenship and Immigration Services;                    )
   **Christina Poulos**, Director of the California           )
19 | Service Center, United States Citizenship and            )
20 | Immigration Services;                                    )
   **Robert S. Mueller III**, Director of the Federal         )
21 | Bureau of Investigation,                                 )
                                                              )
22 |                                                          )
            Defendants.                                       )
23 |_____  )

24                       NOTICE OF CHANGE OF ADDRESS

25     TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

26     PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

27     Current Contact Information:

28

Case No. 07-2765 HRL                    1
Notice of Change of Address

1  Justin G. Fok
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131

4

5
   Dated: October 17, 2007                               Respectfully Submitted,
6

7
                                                         _____/s/_____
8                                                        Justin Fok, CA Bar: 242272
                                                         Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-2765 HRL                    2
Notice of Change of Address