1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-6915
6    FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

| | |
|---|---|
| YING HE, ) | |
| 12　　　　　　　　　　　　　　　　　) | No. C 07-2765-HRL |
| 　　　　　　　　Plaintiff, ) | |
| 13　　　　　　　　　　　　　　　　　) | |
| 　　　　v.　　　　　　　　　　　　) | |
| 14　　　　　　　　　　　　　　　　　) | **STIPULATION TO VACATE HEARING;** |
| ALBERTO GONZALES, United States Attorney ) | **AND [PROPOSED] ORDER** |
| 15 General, U.S. Department of Justice;  MICHAEL ) | |
| CHERTOFF, Secretary,　　　　　　　) | Date:　November 6, 2007 |
| 16 Department of Homeland Security; EMILIO ) | Time:　10:00 a.m. |
| GONZALEZ, Director, U.S. Citizenship and ) | |
| 17 Immigration Services (USCIS); CHRISTINA ) | |
| POULOS, Acting Director U.S. Citizenship and ) | |
| 18 Immigration Services (USCIS); DAVID STILL, ) | |
| San Francisco District Director, United States ) | |
| 19 Citizenship and Immigration Services; ROBERT ) | |
| S. MULLER, III, Director, Federal Bureau of ) | |
| 20 Investigation.　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 21　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　Defendants.　　　) | |
| 22 | |

23      The plaintiff, by and through her attorney of record, and defendants, by and through their

24  attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing in the

25  above-entitled action.  The parties ask this Court to decide the matter on the papers.

26

27

28

STIPULATION TO VACATE HEARING
C 07-2765-HRL

1

2  Dated:  October 19, 2007                         Respectfully submitted,

3                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
4

5
                                                         /s/
6                                                  EDWARD A. OLSEN
                                                   Assistant United States Attorney
7                                                  Attorneys for Defendants

8

9  Dated:  October 19, 2007                              /s/
                                                   JUSTIN FOK
10                                                 Law Offices of Jean D. Chen
                                                   Attorney for Plaintiff
11

12
                                             **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED that the hearing on the parties' cross-motions for
14
   summary judgment is vacated and that this Court will decide the matter on the papers.
15

16

17
   Dated: October  ___, 2007              _____
18                                         HOWARD R. LLOYD
                                           United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

   STIPULATION TO VACATE HEARING
   C 07-2765-HRL