SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YING HE, | ) |
|     Plaintiff, | ) No. C 07-2765-HRL |
|     v. | ) |
| | ) **DEFENDANTS' REPLY** |
| ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); CHRISTINA POULOS, Acting Director U.S. Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MULLER, III, Director, Federal Bureau of Investigation. | ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

    The defendants respectfully choose not to file a reply brief and will rely on the arguments submitted in their motion for summary judgment and their opposition to plaintiff's motion for summary judgment.

DEFENDANTS' REPLY
C 07-2765-HRL

1 | Dated:   October 23, 2007                    Respectfully submitted,

2                                                SCOTT N. SCHOOLS
                                                 United States Attorney
3

4
                                                        /s/
5                                                EDWARD A. OLSEN
                                                 Assistant United States Attorney
6                                                Attorneys for Defendants

DEFENDANTS' REPLY
C 07-2765-HRL