*E-filed 10/23/07*

1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YING HE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); CHRISTINA POULOS, Acting Director U.S. Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MULLER, III, Director, Federal Bureau of Investigation.<br><br>    Defendants. | No. C 07-2765-HRL<br><br>**STIPULATION TO VACATE HEARING; AND [PROPOSED] ORDER**<br><br>Date: November 6, 2007<br>Time: 10:00 a.m. |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing in the above-entitled action. The parties ask this Court to decide the matter on the papers.

STIPULATION TO VACATE HEARING
C 07-2765-HRL

1
2  Dated: October 19, 2007                    Respectfully submitted,
3                                             SCOTT N. SCHOOLS
                                              United States Attorney
4
5
                                                   /s/
6                                             EDWARD A. OLSEN
                                              Assistant United States Attorney
7                                             Attorneys for Defendants
8
9  Dated: October 19, 2007                         /s/
                                              JUSTIN FOK
10                                            Law Offices of Jean D. Chen
                                              Attorney for Plaintiff
11
12
                                    **ORDER**
13
   Pursuant to stipulation, IT IS SO ORDERED that the hearing on the parties' cross-motions for
14
   summary judgment is vacated and that this Court will decide the matter on the papers.
15
16
17
   Dated: October  23 , 2007                  _____
18                                            HOWARD R. LLOYD
                                              United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28
   STIPULATION TO VACATE HEARING
   C 07-2765-HRL