| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| YING HE, | ) | | |
| | ) | No. C 07-2765-HRL | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | **DECLARATION OF EDWARD A.** | |
| ALBERTO GONZALES, United States Attorney | ) | **OLSEN** | |
| General, U.S. Department of Justice; MICHAEL | ) | | |
| CHERTOFF, Secretary, | ) | | |
| Department of Homeland Security; EMILIO | ) | | |
| GONZALEZ, Director, U.S. Citizenship and | ) | | |
| Immigration Services (USCIS); CHRISTINA | ) | | |
| POULOS, Acting Director U.S. Citizenship and | ) | | |
| Immigration Services (USCIS); DAVID STILL, | ) | | |
| San Francisco District Director, United States | ) | | |
| Citizenship and Immigration Services; ROBERT | ) | | |
| S. MULLER, III, Director, Federal Bureau of | ) | | |
| Investigation. | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, hereby declare under penalty of perjury that the plaintiff's I-485 application has been adjudicated. The application was approved by the United States Citizenship and Immigration Services on January 30, 2008. A copy of the approval notice is attached as Exhibit A.

DECLARATION OF EDWARD A. OLSEN
C 07-2765-HRL

| | |
|---|---|
| Dated:   February 4, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |

DECLARATION OF EDWARD A. OLSEN
C 07-2765-HRL