# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797B, Notice of Action



| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** WAC-05-155-55979 | | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIPT DATE** May 12, 2005 | **PRIORITY DATE** February 8, 2002 | **APPLICANT** A098 464 595 HE, YING | |
| **NOTICE DATE** January 30, 2008 | **PAGE** 1 of 1 | | |
| JIN PARK FRAGOMEN DEL REY B RE: YING HE 2804 MISSION COLLEGE BLVD 2 FL SANTA CLARA CA 95054 | | Notice Type: Welcome Notice Section: Adjustment as direct beneficiary of immigrant petition COA: E26 | |

### WELCOME TO THE UNITED STATES OF AMERICA

This is to notify you that your application for permanent residence has been approved. It is with great pleasure that we welcome you to permanent resident status in the United States.

At the top of this notice you will see a very important number. It is your INS A# (A-number). This is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new *Permanent Resident Card*. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at 800-375-5283 if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our *National Customer Service Center* at 1-800-375-5283 or visit the INS website at www.bcis.gov. (If you are hearing impared, the NCSC's TDD number is 1-800-767-1833.) The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA..



Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283