*E-filed on 2/5/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YING HE, | No. C07-02765 HRL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al. | |
| Defendants. | Re: Docket Nos. 20, 21 |

Plaintiff Ying He, a Chinese citizen, sued to compel the processing of her I-485 application for adjustment of status to lawful permanent resident. On December 4, 2007, this court decided the parties' cross motions for summary judgment. [Docket No. 20]. That order compelled Defendants to adjudicate Plaintiff's adjustment application within two months and to file an affidavit demonstrating compliance. On February 4, 2008, Defendants filed an affidavit in accordance with that order. [Docket No. 21].

Therefore, the case is dismissed and the clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 2/5/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-2765 Notice has been electronically mailed to:**

Justin Fok jfok@jclawoffice.com, bli@jclawoffice.com

Edward A. Olsen edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

Dated: 2/5/08

/s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd

2